```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF NEW HAMPSHIRE


Destwin, LLC

     v.                             Civil No. 12-cv-329-JL

Hedge Insite, LLC
```

**ORDER OF RECUSAL**

Because Arnold Rosenblatt, who appeared for the defendants on October 26, 2012, is on my recusal list, I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated: October 29, 2012

cc:  Russell F. Hilliard, Esq.
     Arnold Rosenblatt, Esq.