```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Destwin LLC**

    **v.**                                            Case No. 12-cv-329-PB

**Hedge Insite, LLC, et al.**


## O R D E R

I recuse myself from presiding over this case as Attorney Hage has appeared in the case. The case shall be assigned to another judge.

SO ORDERED.

                                                  /s/Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

April 19, 2013

cc:   Russell F. Hilliard, Esq.
       Arnold Rosenblatt, Esq.
       Jamie N. Hage, Esq.